Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re _Gina Hillard_____,
          Debtor

Case No. _08-10092_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _68.50_____ Check one ☐ With the filing of the petition, or
                         ☐ On or before _May 23, 2008_

   $ _68.50_____ on or before _June 23, 2008_

   $ _68.50_____ on or before _July 23, 2008_

   $ _68.50_____ on or before _Aug 23, 2008_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        _____ 4/23/08
Signature of Attorney    Date       Signature of Debtor         Date
                                    (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                   _____  _____
                                   Signature of Joint Debtor (if any)  Date

# FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 2 3 2008

KENNETH S. GARDNER, CLERK
PS REP. - SW

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of _____Illinois_____

In re _Gina Hillard_,
      Debtor

Case No. _08-10092_

Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                           ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _APR 2 3 2008_

**KENNETH S. GARDNER**
Clerk, U.S. B——
Kenneth S. Gardner, Clerk of the Court