```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 10092
   GINA HILLARD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9928

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 04/23/2008 and was not confirmed.

   The case was dismissed without confirmation 05/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                      PAID          PAID
--------------------------------------------------------------------------
JEFFERSON CAPITAL SYSTEM  UNSECURED    1119.53          .00            .00
PRO SE DEBTOR             DEBTOR ATTY       .00                        .00
TOM VAUGHN                TRUSTEE                                      .00
DEBTOR REFUND             REFUND                                       .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------    --------------
TOTALS                       .00                  .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 08/26/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE